IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Michael L. White Sr. v. Syngenta AG et al*<br>3:22-pq-02025-NJR | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## MOTION FOR EXTENSION OF TIME TO SUBSTITUTE PARTY

Plaintiff, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby moves this Court for an extension of time to file a motion to substitute the proper party pursuant to Federal Rule of Civil Procedure 25(a)(1).

Plaintiff Michael L. White, Sr. filed his Complaint on August 30, 2022. (Doc. 1.) Plaintiff later died on April 25, 2023 (*see* Doc. 5-1, Death Certificate of Michael L. White, Sr.) and counsel suggested his death upon the record on June 13, 2023 (*see* Doc. 5). Deborah White is the surviving spouse of Plaintiff Michael L. White, Sr. and currently is in the process of being appointed as personal representative of Plaintiff's estate.

Under Rule 25(a)(1), a motion for substitution must be made not later than 90 days after the death is suggested upon the record. The 90-day deadline in the present action is September 11, 2023. However, because of additional time needed for Deborah White to be appointed personal representative of the estate of Michael L. White, Sr. by the probate court in Alabama, Plaintiff respectfully requests the Court grant Plaintiff an additional 90 days, up to and including December 11, 2023, to file a motion for substitution of the proper party.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order extending the time in which Plaintiff must file a motion for substitution under Rule 25 to December 11, 2023.

Dated: September 6, 2023

Respectfully submitted,

/s/ LaRuby May
LaRuby May
Sarah Shoemake Doles
Alyson M. Petrick
Jan K. Durrani
**LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7084
Fax: (850) 436-6084
*lmay@levinlaw.com*
*sdoles@levinlaw.com*
*apetrick@levinlaw.com*
*jdurrani@levinlaw.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ *LaRuby May*
LaRuby May